Decided April 13, 1993

STATE OF CONNECTICUT *v.* JOSHUA JACOBS

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 340 (AC 10002), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, under the circumstances of this case, the fourth amendment exclusionary rule did not apply to these revocation of probation proceedings?"

The Supreme Court docket number is SC 14742.

*Elizabeth M. Inkster,* assistant public defender, in support of the petition.

*Harry Weller,* assistant state's attorney, in opposition.

Decided April 13, 1993